UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NORTH POINTE INSURANCE COMPANY,

    Plaintiff,

v.                                            Case No. 6:12-cv-476-Orl-31TBS

GLOBAL ROOFING & SHEET METAL, INC.;
PARAMOUNT INSURANCE REPAIR
SERVICE, INC.; and SHAKERWOOD
ASSOCIATION, INC.,

    Defendants.
_____

## ORDER

The District Judge has referred to the undersigned, Plaintiff North Pointe Insurance Company's Motion for Final Default Judgment as it Pertains to Defendant Global Roofing & Sheet Metal, Inc. (Doc. 29). The motion is deficient because it does not include a memorandum of legal authority. See, Local Rule 3.01(a). Rather than issue a Report and Recommendation that the motion be denied, the Court will give Plaintiff 14 days from the rendition of this Order within to supplement its motion with an appropriate memorandum of law.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 26, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel