UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NORTH POINTE INSURANCE
COMPANY,

    Plaintiff,

v.                                                                 Case No:  6:12-cv-476-Orl-31TBS

GLOBAL ROOFING & SHEET METAL,
INC., PARAMOUNT INSURANCE REPAIR
SERVICE, INC. and SHAKERWOOD
ASSOCIATION, INC.,

    Defendants.
_____

### REPORT AND RECOMMENDATION[1]

Pending before the Court is Plaintiff North Pointe Insurance Company's original motion for default judgment against Defendant Global Roofing & Sheet Metal, Inc.  (Doc. 29).  The motion is superseded by Plaintiff's revised motion for default judgment at Docket Entry 43.  Upon due consideration, I respectfully recommend that Plaintiff's original motion be **DENIED AS MOOT**.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on September 4, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record

---

[1] Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. FLA. R. 6.02, within fourteen (14) days after service of this report and recommendation.  Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.