# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NORTH POINTE INSURANCE COMPANY,**

      **Plaintiff,**

v.                                                                                       **Case No: 6:12-cv-476-Orl-31TBS**

**GLOBAL ROOFING & SHEET METAL, INC., PARAMOUNT INSURANCE REPAIR SERVICE, INC. and SHAKERWOOD ASSOCIATION, INC.,**

      **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Final Default Judgment (Doc. No. 29) filed June 7, 2012, which was revised on July 30, 2012 (Doc. No. 43).

On September 4, 2012, the United States Magistrate Judge issued a report (Doc. No. 50) recommending that the motion be denied as moot. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2. The Motion for Final Default Judgment filed at Doc. No. 29 is **DENIED as MOOT**. The Revised Motion for Default Judgment filed at Doc. No. 43 remains pending before the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 21, 2012.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party